**Marilyn Jennell DIETERICH, Respondent,**

v.

**Gary R. DIETERICH, Appellant.**

**No. WD 46228.**

Missouri Court of Appeals, Western District.

June 15, 1993.

Seth D. Shumaker, Lancaster, for appellant.

Robert M. Gifford, Green City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Appellant appeals trial court finding of contempt for wilfully violating the primary custody order and the award of partial attorney fees and all costs to the respondent.

Judgment affirmed. Rule 84.16(b)